FILED                           RECEIVED

MAR 1 4 2006                    JAN 1 9 2006

MICHAEL W. DOBBINS              MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT      CLERK, U.S. DISTRICT COURT

Kalemate Muhammad, )
Love Teaching Tennis, NFP, )

Plaintiffs )

United States District Court
Northern District of Illinois

v. )

Chicago Park District, )
Timothy Mitchell, )
Yvonne Skinner, )
Yoli Vasquez, )
Roger Kowan, )
Megan McDonald, )
Alonzo Williams, )
Mary E. Saieva, )
William Tillis, )
Louie Alverado, )
David Kennedy, )
Leroy Jones, )
Jeff Giles )
Andrea Adams, )
Alan G. Schwartz, )
Jim Rey, )
Patrick Hefferenan, )
Joseph Vetrano, )
Mark Sanders, )
Commander Ernest T. Brown, )
Bob Pickens, )
Maria Guadalupe Garcia, )

Defendants )

06C 0308

JUDGE COAR

MAGISTRATE JUDGE ASHMAN

## COMPLAINT

1. Kalemate Muhammad was wrongly terminated from the Chicago Park District and has suffered, unable to earn a lawful living to support himself and his family.

2. Kalemate Muhammad was wrongly terminated without just cause and denied at the termination access to Union Representation and direct contact from Chicago Park District Human Resources to understand his rights.

3. The Chicago Park District discriminated in appointing Kalemate Muhammad to a high risk, high crime neighborhood that was very far from Jackson park near his home where he was told he would be assigned. A European white male was hired that lives on the far North side of Chicago to teach at Jackson Park and had no record of working in that area.

4. Chicago Park District reasons for the termination were false. The Chicago Park District had no proof of the allegations that caused Kalemate Muhammad's termination. All statements of the termination where inconsistent with the actual facts that occurred during Kalemate Muhammad's employment. Kalemate Muhammad has facts and photographs to prove the allegations of his termination false. Chicago Park District employees that had no involvement with the position that Kalemate Muhammad was hired for, became personally involved in his termination.

page 1 of 2

5.  Chicago Park District falsely accused Kalemate Muhammad of being other than a United States Professional Tennis Coach and accused him of using Chicago Park District equipment for other than work. Kalemate Muhammad showed the program supervisor Jim Rey that with the 60 to 70 students he taught for the Chicago Park District that the 14 rackets and 2 cases of balls was not sufficient. Kalemate Muhammad used some of his three thousand dollars worth of equipment, which included a battery operated ball machine to successfully administer the Chicago Park District position Kalemate Muhammad was working.

6.  The Chicago Park District Human Resources Department would not explain why union dues were taken out of his check. Kalemate Muhammad paid the union dues during his employment, but was not given his union rights when inquired, nor was union representation present at his termination.

7.  Chicago Park District has not been truthful in reporting Kalemate Muhammad dealings with professional and business in his field of work. His character has been slandered. Kalemate Muhammad's reputation has been tarnished which has prevented him from finding lawfully employment based in his trade and profession as a Certified Professional Tennis Coach.

8.  Chicago Park District has been bias and prejudice in using unjust and unfair pricing practices to block Love Teaching Tennis, NFP from providing their free tennis program to disadvantage children. The Director, Kalemate Muhammad, was told that the Non for Profit would need to pay $10.00 an hour, $10.00 per court, $10.00 per park for each park they use. The Chicago Park District was unable to provide permit forms that stated these charges as Chicago Park District Policy. There is no knowledge of these price practices on the South Side of Chicago. We pray that these unjust practices are put to a end and that many grassroots organizations are able to provide services through the Chicago Park District to benefit the community.

WHEREFORE, plaintiff prays that this court:

(A) Expedite the proceedings in this action:

(B) Declare the defendants race and religion discrimination and defamation of character of Mr. Muhammad unlawful.

(C) Kalemate Muhammad prays that these charges are brought before a judge and or jury of his peers and his character is cleared.

(D) Award plaintiff its cost and reasonable attorneys' fees.

(E) Kalemate Muhammad representing Love Teaching Tennis, NFP ask that tennis contracts be made available to Kalemate Muhammad and Love Teaching Tennis, NFP to teach tennis to at risk and underprivileged children in the community has been volunteering in for the last 4 years.

(F) Grant relief for lost wages, pain and suffering, mental cruelty, and just funding to compensate for his time and energy in the amount of $35,000.00 based on the average amount of what a Pro Tennis Coach would produce in potential earnings in 6 months or more. Due to the hardship Kalemate Muhammad is experiencing. Kalemate Muhammad is at this time behind in many of his bills and is having challenges supporting his family.

Dated: January 17, 2006

Respectfully submitted,

By, _____
Kalemate Muhammad
Pro-se

Kalemate Muhammad
USFTA Pro Tennis Coach
1637 E. 87th Street
Suite 322
Chicago, Il. 60617
(773)517-3229

EEOC Form 161 (3/98)   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Kalemate A. Muhammad
1637 E. 87th St., #322
Chicago, IL 60617

From: Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

Cert # 7001 1940 0003 8830 0116

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2005-08443 | Nanisa Pereles, Investigator | (312) 353-8739 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>**WITHIN 90 DAYS**</u> of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

John P. Rowe,
District Director

1/30/05
(Date Mailed)

Enclosure(s)

cc: **CHICAGO PARK DISTRICT**

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA ☒ EEOC | 210-2005-08443 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Kalemate A. Muhammad | (773) 517-5635 | 10-18-1961 |

Street Address: 1637 E. 87th St., #322, Chicago, IL 60617

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CHICAGO PARK DISTRICT | 500 or More | (312) 742-4644 |

Street Address: 541 N. Fairbanks, Chicago, IL 60611

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-07-2005 Latest: 07-07-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on June 27, 2005. My most recent position was Summer Tennis Coach. On July 7, 2005, I was discharged.

I believe that I have been discriminated against because of my race, Black, and religion, Islam, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

AUG 0 9 2005

CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 09, 2005

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)